UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VEAMCAST CORP.,

    Plaintiff,

v.                                       CASE NO. 8:24-cv-2113-SDM-AEP

ROKU INC.,

    Defendant.
_____/

## ORDER

An earlier order (Doc. 2) explains that a corporation can appear through a lawyer only and dismisses without prejudice the action. Veamcast Corporation and Joseph Dean, listed on the docket as an "interested party," move (Doc. 6) to dismiss an action before Judge Scriven and an action before Judge Jung. The motion (Doc. 6) states that Joseph Dean wants this action to proceed and requests that an order grant Veamcast's earlier motion (Doc. 4) to appoint counsel. Also, Veamcast moves (Doc. 8) to proceed *in forma pauperis*. In accord with the earlier order (Doc. 2), each motion (Docs. 6 and 8) is **DENIED AS MOOT**. As explained in the earlier order

- 2 -

(Doc. 2), "[t]o maintain an action, a corporate plaintiff must obtain counsel, who can begin a new case with a new complaint."

ORDERED in Tampa, Florida, on September 23, 2024.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE