Joe Dean
5131 Mayfair Park Court
Tampa FL 33647

Thursday, September 23, 2024

U.S. District Court, Tampa Middle Division

To whom it may concern,

Recently, I filed 5 cases with the Court, all pro se.  I'm attaching a letter that I sent on Sept 12 looking to close 2 of them but I just got access to the PACER System and I see only 1 was closed.

**Veamcast v. Scott McLaren, HWH – <span style="color:red">CLOSED</span>**
**8:24-CV-021112-LUFJ-AEP**

**Veamcast v U.S. District Court, Middle District, Tampa – <span style="color:red">REQUESTING DISMISSAL</span>**
**8:24-CV-021111-MSS-CPT**

When I sent the letter, I submitted it on the Litigants without Lawyers Electronic Document Submission Web Portal, I entered the first case number, submitted it, then hit the back button on my browser, changed the case number and submitted again (same document applies to both).  It seemed to work, but now I have my doubts.  It might be a glitch on the PACER system?

The cause of action of the lawsuit was also related to the PACER System.  I could get the system to send me my username but not the password reset.  It gave no error, told me it sent the password reset to email and had a resend button.  But no matter how many times I did it, I didn't get the reset email. I tried numerous times. Once I got someone on the phone, I found out my account was INACTIVE and she reset it.  That should probably be corrected.

Now, that I know that, I know it is not an issue with Court itself. I do not think my suit has any merit and I am ok with it being dismissed if the Court agrees.

The glitch, along with several other issues I was having, led me to believe I was being hacked (which I still assert but in other ways you can see here - https://youtu.be/xgWHvKhPuZc ).  This led to my issue with Mr. McLaren.  I honestly don't know why Mr. McLaren wouldn't accept my document and give me acknowledgement, but now I think it could be due to conflict of interest or some other concept I'm not aware of.   Whatever it was, I apologized for my rude correspondence, I see the case is closed and I consider the matter done.

**Veamcast v Roku (with Exhibits) - <span style="color:red">CLOSED</span>**
**8:24-CV-021113-SDM-AEP**

I understand this case has been closed due to it being filed pro se on behalf of the corporation.

**Joseph Dean v Roku (new case filed 9/18)**

I filed this as an AMENDED COMPLAINT on 9/18 using the case number **8:24-CV-021113**, but now see that case was closed on 9/12.  I do not see a number for this in the PACER system and I think I must file again with "new case" and not title it:

AMENDED COMPLAINT OF ANTICOMPETITIVE BEHAVIOR BY A MONOPOLY Replaces 8:24-cv-02113-SDM-AEP

but rather

COMPLAINT OF ANTICOMPETITIVE BEHAVIOR BY A MONOPOLY

I'd like to know if that is correct.

**Joseph Dean v Facebook (new case filed 9/22)**

I filed this yesterday and I think it should be accepted. The statute of limitations could be close and I want to ensure it.  If the Court doesn't plan to accept it, I need to know as soon as possible.

I can be reached at 310-593-4485 or joe@joedean.net.  I plan to call (813) 301-5400 tomorrow but if there is a direct line or email address to someone familiar with the case, I'd appreciate that.  I also plan to ask about filing a motion to get approval to access more data on the systems.

Respectfully,

Joe Dean, CEO of Veamcast

Joe Dean
CEO, Veamcast
5131 Mayfair Park Court
Tampa FL 33647

Sent Thursday, September 12, 2024

U.S. District Court, Tampa Middle Division

To whom it may concern,

Last week I filed 3 cases with the Court.

**Veamcast v Roku (with Exhibits)**
**8:24-CV-021113-SDM-AEP**

**Veamcast v U.S. District Court, Middle District, Tampa**
**8:24-CV-021111-MSS-CPT**

**Veamcast v. Scott McLaren, HWH**
**8:24-CV-021112-LUFJ-AEP**

I am requesting the Court dismiss 2 of the cases.  The one against the Court and the one against Scott McLaren are most likely without merit and I do not wish to waste the Court's time.

I feel the one against Roku has merit and I plan to pursue that to the fullest so I am hoping for a favorable response in my request for counsel to be appointed.

The other lawsuits are related to the many difficulties I am having filing the case and getting counsel for both this case and the one I filed against Facebook in 2020.  Emails related to the case do not seem to get delivered while I don't have issues with other email that I am aware of.  I think I should have waited until I had counsel related to the Roku case before jumping to conclusions.  My correspondence with Mr. McLaren was rude and unprofessional. I regret it and wrote his firm to apologize.   Also, I should have done more research before filing the one against the Court.

I can be reached at 310-593-4485.

Respectfully,

COPY FOR REFERENCE

Joe Dean, CEO of Veamcast